UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILCANIA E. LOPEZ POLANCO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 00685 (SN)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 9, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings and a new decision pursuant to the forth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 12, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**